```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. No. S-11-342 JAM |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| VICTOR MANUEL QUINONES-BARAJAS, | ) |
| aka Julio Cesar Lopez-Galvan, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The parties request that the status conference in this case previously set for September 27, 2011, be continued to October 4, 2011 at 9:15 a.m.  They stipulate that the time between September 27, 2011, and October 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by granting the continuance so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

1  public and the defendant in a speedy trial.  18 U.S.C.
2  §(7)(B)(iv).
3  Dated:  September 21, 2011              Respectfully submitted,
4                                          BENJAMIN B. WAGNER
                                            United States Attorney
5
6                                          */s/ Michele Beckwith*
                                        By: Michele Beckwith
7                                          Assistant U.S. Attorney
8  Dated: September 21, 2011
9                                          */s/Caro Marks*
                                            CARO MARKS
10                                          Attorney for Defendant
11
12 ////
13
14 ////
15
16 ////
17
18 ////
19
20 ///
21
22 ////
23
24 ////
25
26 ////
27
28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for September 27, 2011, be continued to October 4, 2011, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from September 27, 2011, to and including, the October 4, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 21, 2011

/s/ John A. Mendez
Hon. John A. Mendez
U.S. DISTRICT JUDGE